# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143957 & (40)

MARVIN MILES,
          Plaintiff-Appellant,

v

PAROLE BOARD,
          Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143957
COA: 303983
Wayne CC: 10-011083-AP

_____/

On order of the Court, the application for leave to appeal the September 26, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to compel discovery is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

y0319